# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Lockheed Martin Services, Inc. | ) | ASBCA No. 58758 |
| | ) | |
| Under Contract No. DAAB07-03-D-B00910002 *et al.* | ) | |

APPEARANCE FOR THE APPELLANT:        Susan Jaffe, Esq.
                                                                    Associate General Counsel

APPEARANCES FOR THE GOVERNMENT:    E. Michael Chiaparas, Esq.
                                                                    DCMA Chief Trial Attorney
                                                                  Gregory T. Allen, Esq.
                                                                    Trial Attorney
                                                                    Defense Contract Management
                                                                      Agency
                                                                    Manassas, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 17 July 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58758, Appeal of Lockheed Martin Services, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals